## SANNER *vs.* SHIVERS.

CERIORARI, FROM FULTON. Garnishment. Laborers. Railroads. Words and Phrases. (Before Judge Clarke.)

Blandford, J.—The monthly wages of a locomotive engineer in the employment of a railroad corporation are not subject to the process of garnishment in this state, although his wages exceed the sum of five hundred dollars per annum. Such an employe is a day laborer and not an officer of the corporation. Code, §3554.

Judgment affirmed.

Thomas Finley, for plaintiff in error.

R. J. Jordan, for defendant.

## CLARK & NUNNALLY *vs.* CUMMING & Co.

COMPLAINT, FROM FULTON. Principal and Agent. Brokers. Contracts. (Before Judge Hammond,)

Blandford, J.—A broker is a special agent, and derives his power and authority to bind his principal from the instructions given to him by the latter. When definite instructions are given by the principal to the broker to sell goods for him at a specified price for a certain time and day only, this will not authorize the broker to contract and sell the same kind of goods for his principal at a different and subsequent time for the same price. His power is limited by and ceases with his instructions; and this is true, even though it had been usual, in the course of dealings between the broker and his principal, for the broker to continue to sell at the prices last quoted by the principal. Code, §§2194, 2196, 2184; Story Ag., p. 32; 1 Esp., 111, 113; 32 Md., 169, 179, 180; 60 Ill., 237.

Judgment affirmed.

Abbott and Gray, for plaintiffs in error.

A. E. Calhoun, for defendants.